UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CARDILLO & SONS, INC.,                    )
                                          )
                Plaintiff                 )
                                          )
vs.                                       )
                                          )        **DOCKET NO.: 04-12496-JLT**
MRH INTERNATIONAL, INC., OFFICIAL)
SECURITY, INC., DARRYL CRONFELD, )
and MARGARET R. CRONFELD         )
                                          )
                Defendants                )

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendants, MRH International,

Inc., Official Security, Inc., Darryl Cronfeld and Margaret R. Cronfeld in the above-

entitled matter.

Robert M. Bonin (BBO #049100)
BONIN & MARASHIAN
77 Franklin Street
Boston, MA 02110
(617) 723-2525

DATED:   January 6, 2005

## **CERTIFICATE OF SERVICE**

    I, Robert M. Bonin, Attorney for the Defendants MRH International, Inc., Official Security, Inc., Darryl Cronfeld and Margaret R. Cronfeld, hereby certify that a true copy of the above document was served, by first class mail, postage prepaid, on Plaintiff's counsel of record, John F. Tocci, Esq., Merson & Lee, P.C., 171 Milk Street, Suite 400, Boston, Massachusetts   02109.

_____
Robert M. Bonin, Esq.

DATED:  January 6, 2005