UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDILLO & SONS, INC., ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | DOCKET NO.: 04-12496-JLT |
| MRH INTERNATIONAL, INC., OFFICIAL ) | |
| SECURITY, INC., DARRYL CRONFELD, ) | |
| and MARGARET R. CRONFELD, ) | |
|     Defendants. ) | |

**JOINT MOTION OF PARTIES
ENLARGING TIME FOR FIRST RESPONSIVE PLEADING**

The Parties hereby move, pursuant to Fed. R. Civ. P. 6(b), that the time for Defendants to file their first responsive pleading(s) in this matter be enlarged to and including February 4, 2005. The Plaintiff served an Amended Complaint on January 12, 2005. A first responsive pleading is due from Defendants under Rule 15 within ten (10) days after January 12, 2005. As grounds for this enlargement, the parties are engaged in settlement discussions and require additional time for negotiations.

| | |
|---|---|
| Plaintiff, | Defendants, |
| By its Attorney, | By their Attorney, |
| | |
|     /S/ John F. Tocci |     /S/ Robert M. Bonin |
| John F. Tocci (BBO # 562139) | Robert M. Bonin (BBO # 049100) |
| Merson & Lee, P.C. | BONIN & MARASHIAN |
| 171 Milk Street | 77 Franklin Street |
| Boston, MA 02109 | Boston, MA 02110 |
| (617) 399-7800 | (617) 723-2525 |

DATED: January 19, 2005