UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CARDILLO & SONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12496-JLT |
| ) | |
| OFFICIAL SECURITY, INC. ) | |
| MRH INTERNATIONAL, INC., ) | |
| DARRYL CRONFIELD, and ) | |
| MARGARET R. CRONFIELD, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF NAME, ADDRESS, E-MAIL ADDRESS
AND TELEPHONE NUMBER CHANGE**

Pursuant to Rule 83.5.2(e) of the Local Rules of the United States District Court for the District of Massachusetts, John F. Tocci, counsel to the Plaintiff in the above-captioned matter, Cardillo & Sons, Inc., hereby notifies this Court that, effective February 1, 2005 his firm name, address, e-mail address and telephone number will change as follows:

John F. Tocci, Esq.
Tocci, Goss & Lee, PC
35 India Street, 5th Floor
Boston, MA 02110
Tel: 617-542-6200
Fax: 617-542-6201
jtocci@lawtgl.com

                                                      Respectfully submitted,

                                                      CARDILLO & SONS, INC.

                                                      By its attorneys,

                                                          /S/ John F. Tocci
                                                    John F. Tocci, Esq., BBO# 562139
                                                    Merson & Lee, P.C.
                                                    171 Milk Street, Suite 400
                                                    Boston, Massachusetts 02109
Dated: January 21, 2005                     (617) 399-7800