UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -2 P 2:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

CARDILLO & SONS, INC.,       )
                             )
            Plaintiff        )
                             )
vs.                          )
                             )   DOCKET NO.: 04-12496-JLT
MRH INTERNATIONAL, INC.,     )
OFFICIAL SECURITY, INC.,     )
DARRYL CRONFELD, and MARGARET)
R. CRONFELD,                 )
                             )
            Defendants       )


**DEFENDANTS' MOTION TO DISMISS FOR IMPROPER
VENUE (RULE 12(b)(3)) OR IN THE ALTERNATIVE, TO
TRANSFER PLAINTIFF'S ACTION TO THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF NEVADA
(REQUEST FOR ORAL ARGUMENT)**

The Defendants, MRH International, Inc., Offical Security, Inc., Darryl Cronfeld and Margaret R. Cronfeld, move, pursuant to F.R.Civ. P.12(b)(3), 28 U.S.C. §§ 1391(a), and §1406(a), to Dismiss, or in the alternative, to transfer this case to the United States District Court for the District of Neveda and in support thereof state the following:

1. The Plaintiff Cardillo & Sons, Inc. ("CSI") is a Massachusetts corporation with its principal place of business at 22 Dowse Street, Everett, Massachusetts, (as alleged in paragraph 2 of the complaint).

2. The Defendant Official Security, Inc., is a Nevada corporation with its principal place of business in

Las Vegas, Nevada (see Defendant's Affidavit filed herewith("Affidavit")); and

3. The Defendant MRH International, Inc., is a Nevada corporation with its principal place of business in Las Vegas, Nevada (Affidavit"); and

4. The Defendants Darryl Cronfeld and Margaret R. Cronfeld, husband and wife of the corporate Defendants and resides at 3534 Leos Court, Las Vegas, Nevada 89103 ("Affidavit").; and

5. On January 12, 2005, Plaintiff filed a First Amended Complaint, with Counts for "Defamation", "Tortious Interference with Contractual and/or Advantageous Business Relations", "Malicious Abuse of Process", "Civil Conspiracy" and "Unfair or Deceptive Acts or Practices - M.G.L. C93A"; and

6. That Defendants move, pursuant to Federal Rule of Civil Procedure 12(b)(3), for dismissal for improper venue or, in the alternative, for transfer pursuant to 28 U.S.C. §1406(a) to the United States District Court for Nevada, for the reasons stated in the Defendants' Affidavit and Memorandum filed herewith.

> Respectfully submitted,
> By their attorneys,
>
> Robert M. Bonin, Esq.(BBO# 049100)
> BONIN & MARASHIAN
> 77 Franklin Street, 4th Floor
> Boston, Massachusetts 02110
> (617) 723-2525

Feb 2, 2005

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for the Plaintiff in a good faith effort to narrow areas of dispute related to this motion.

                                          Robert M. Bonin, Esquire

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 2nd day of February, 2005 a copy of the foregoing was delivered to:

    John F. Tocci, Esq.
    Tocci, Goss & Lee, P.C.
    35 India Street
    5th Floor
    Boston, Massachusetts 02110.

                                          Robert M. Bonin, Esquire