UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -2 P 2: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

CARDILLO & SONS, INC.,        )
                              )
        Plaintiff             )
                              )
vs.                           )
                              )   DOCKET NO.: 04-12496-JLT
MRH INTERNATIONAL, INC.,      )
 OFFICIAL SECURITY, INC.,     )
DARRYL CRONFELD, and MARGARET )
R. CRONFELD,                  )
                              )
        Defendants            )


**DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(2) FOR LACK OF JURISDICTION OVER THE PERSONS OF DEFENDANTS (REQUEST FOR ORAL ARGUMENT)**

The Defendants move pursuant to Fed. R. Civ. P. 12(b)(2) to dismiss this action for lack of jurisdiction over the defendants persons. In support thereof the Defendants file herewith the Affidavit of Defendants and the Defendants' Memorandum in support of this and two (2) other motions to dismiss (under 12(b)(2) - venue and 12(b)(6) - failure to state a cause of action).

                     Respectfully submitted,
                     By their attorneys,

                     Robert M. Bonin, Esq. BBO#049100)
                     BONIN & MARASHIAN
                     77 Franklin Street, 4th Floor
                     Boston, Massachusetts 02110
DATED: Feb-2, 2005       617) 723-2525


## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for the Plaintiff in a good faith effort to narrow areas of dispute related to this motion.

                     Robert M. Bonin, Esquire


## CERTIFICATE OF SERVICE

     I HEREBY certify that on this ___ day of February, 2005 a copy of the foregoing was delivered to:

             John F. Tocci, Esq.
             Tocci, Goss & Lee, P.C.
             35 India Street
             5th Floor
             Boston, Massachusetts 02110.

                     Robert M. Bonin, Esquire