UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -2 P 2: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CARDILLO & SONS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | DOCKET NO.: 04-12496-JLT |
| MRH INTERNATIONAL, INC., ) | |
| OFFICIAL SECURITY, INC., ) | |
| DARRYL CRONFELD, and MARGARET ) | |
| R. CRONFELD, ) | |
| ) | |
| Defendants ) | |

### DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE CAUSES OF ACTION UNDER RULE 12(b)(6)
### (REQUEST FOR ORAL ARGUMENT)

The Defendants move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss each of the five (5) Counts of the First Amended Complaint for failure of each to state a cause of action. The particularized reasons for dismissal are set forth in Defendant's Memorandum filed herewith.

Respectfully submitted,
By their attorneys,

DATED: Feb 2, 2005

_____
Robert M. Bonin, Esq. BBO# 049100)
BONIN & MARASHIAN
77 Franklin Street, 4th Floor
Boston, Massachusetts 02110
(617) 723-2525

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for the Plaintiff in a good faith effort to narrow areas of dispute related to this motion.

_____
Robert M. Bonin, Esquire

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 2nd day of February, 2005 a copy of the foregoing was delivered to:

>John F. Tocci, Esq.
>Tocci, Goss & Lee, P.C.
>35 India Street
>5th Floor
>Boston, Massachusetts 02110.

_____
Robert M. Bonin, Esquire