UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CARDILLO & SONS, INC., | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | CIVIL ACTION NO.  04-12496-JLT |
| OFFICIAL SECURITY, INC.<br>MRH INTERNATIONAL, INC.,<br>DARRYL CRONFELD, and<br>MARGARET R. CRONFELD, | ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**PLAITNIFF'S ASSENTED TO MOTION
<u>ENLARGING TIME FOR FILING OPPOSITIONS TO MOTIONS</u>**

The Plaintiff in the above-referenced matter, Cardillo & Sons, Inc., hereby moves the Court for an enlargement of time within which it must respond to the Defendants various Motions to Dismiss.  The Defendants have assented to an extension to so respond to March 18, 2005.  As reasons therefore, the Plaintiffs state, and the Defendants agree, that the parties are engaged in settlement discussions and require additional time for negotiations which may render the filing of such oppositions unnecessary.  The Plaintiffs previously assented to an extension of time within which the Defendants were required to file their responsive pleadings.  The interests of judicial economy will be served by allowing this motion.

        CARDILLO & SONS, INC.

        By its Attorneys,

        /S/ John F. Tocci
        John F. Tocci (BBO # 562139)
        Tocci, Goss & Lee, P.C.
        35 India Street
        Boston, MA  02110
        (617) 542-6200

DATED: February 24, 2005