UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDILLO & SONS, INC., | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 04-12496-JLT |
| MRH INTERNATIONAL, INC., OFFICIAL SECURITY, INC., DARRYL CRONFELD, and MARGARET R. CRONFELD, | * |
| Defendants. | * |

ORDER

April 12, 2005

TAURO, J.

This court hereby orders that:

1. Defendants' Motion to Dismiss for Improper Venue (Rule 12(b)(3)) or in the Alternative, to Transfer Plaintiff's Action to the United States District Court for the District of Nevada [#6] is DENIED;

2. Defendants' Motion to Dismiss under Rule 12(b)(2) for Lack of Jurisdiction over the Persons of Defendants [#7] is DENIED; and

3. Defendants' Motion to Dismiss for Failure to State Causes of Action under Rule 12(b)(6) [#8] is DENIED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge