UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **CARDILLO & SONS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  04-12496-JLT |
| | ) | |
| **OFFICIAL SECURITY, INC.** | ) | |
| **MRH INTERNATIONAL, INC.,** | ) | |
| **DARRYL CRONFELD, and** | ) | |
| **MARGARET R. CRONFELD,** | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR RULE 16 CONFERENCE

Plaintiff Cardillo & Sons, Inc. hereby requests that the Court schedule a conference, at its earliest convenience, pursuant to United States District Court for the District of Massachusetts Local Rule 16.1.  Plaintiff states that the Amended Complaint in this matter was served upon the defendants more than 120 days ago and that the defendants appeared more than 90 days ago.

Respectfully Submitted,

CARDILLO & SONS, INC.

By its attorneys:

       /S/ John F. Tocci
John F. Tocci, Esq., BBO# 562139
Tocci, Goss & Lee, PC
35 India Street, 5th Floor
Boston, Massachusetts 02110
(617) 542-6200

Dated: June 8, 2005