UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDILLO & SONS, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> OFFICIAL SECURITY, INC. <br> MRH INTERNATIONAL, INC., <br> DARRYL CRONFELD, and <br> MARGARET R. CRONFELD, <br><br>  Defendants. | CIVIL ACTION NO.  04-12496-JLT |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned plaintiff, Cardillo & Sons, Inc. ("CSI"), and its counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in United States District Court for the District of Massachusetts Local Rule 16.4.

Respectfully Submitted,                   Respectfully Submitted,

CARDILLO & SONS, INC.                     CARDILLO & SONS, INC.

By its Representative:                    By its attorneys:


   /S/ Walter Cardillo, Jr.                   /S/ John F. Tocci
                                           John F. Tocci, Esq., BBO# 562139
                                           Tocci, Goss & Lee, PC
                                           35 India Street, 5th Floor
                                           Boston, Massachusetts 02110
                                           (617) 542-6200

Dated: August 19, 2005