UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDILLO & SONS, INC., )<br>        Plaintiff )<br>)<br>vs. )<br>)<br>MRH INTERNATIONAL, INC., OFFICIAL)<br>SECURITY, INC., DARRYL CRONFELD, )<br>and MARGARET R. CRONFELD )<br>        Defendants ) | **DOCKET NO.: 04-12496-JLT** |

### DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned certify that Robert M. Bonin, Massachusetts counsel, and the Defendants' authorized representative John Lusk, Esq. (Nevada counsel for all Defendants) have conferred with a view toward establishing a budget for costs of this litigation and various alternative dispute resolutions and have considered the use of the ADR methods outlined in Local Rule 16.4.

Defendants,
By their Attorney,

_____/S/ Robert M. Bonin_____
Robert M. Bonin (BBO #049100)
BONIN & MARASHIAN
77 Franklin Street
Boston, MA 02110
(617) 723-2525

_____/S/ John R. Lusk_____
John R. Lusk, Esq.
Nevada Counsel representing all Defendants
517 South Third Street
Las Vegas, NV  89101

DATED:  August 26, 2005