UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARDILLO & SONS, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-12496-JLT |
| | * | |
| | * | |
| OFFICIAL SECURITY, INC., | * | |
| MRH INTERNATIONAL, INC., | * | |
| DARRYL CRONFELD, AND | * | |
| MARGARET R. CRONFELD | * | |
| | * | |
| Defendants. | * | |

ORDER

September 7, 2005

TAURO, J.

After a conference on September 6, 2005, this court hereby orders that:

1. The Defendants will provide Plaintiff with any request for document production by September 13, 2005.

2. The Plaintiff will provide the Defendant with any subsequent request for document production by September 20, 2005.

3. The Parties will complete Written Discovery by December 30, 2005.

4. Plaintiffs may depose (1) Margaret R. Cronfeld, (2) Darryl Cronfeld, (3) John Davis, (4) William Zanow, (5) Elizabeth Callaway, (6) Al Martinez-Fontz, (7) Otis Cox, and (8) Fili Gonzalez.

5. Defendants will supply a list of individuals they wish to depose.

6. The Parties will complete Oral Discovery by January 31, 2006.

7. The Parties will appear before the court on February 7, 2006, at 10:00 a.m. for a Further Conference.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge