UNITED STATES DISTRICT COURT
FOR THE DISTICT OF MASSACHUSETTS

| | |
|---|---|
| CARDILLO & SONS, INC., )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>OFFICIAL SECUIRTY, INC., MRH )<br>INTERNATIONAL, INC., DARRYL )<br>CRONFELD and MARGARET R. )<br>CRONFELD, )<br>)<br>Defendants ) | **DOCKET NO.: 04-12496-JLT** |

## **DEFENDANTS' DEPOSITION LIST**

Pursuant to the Discovery Order issued by the Court on August 1, 2005 and the Scheduling Conference of September 6, 2005, the Defendants in the above-referenced matter hereby provide their list of persons they wish to depose.

The following personnel of CPS Human Resources Services ("CPS") whose current addresses are unknown to Defendants but whose addresses are available from CPS headquarters at 241 Lothrop Way, Sacramento, California  95815:

1. Tom Brown, CPS, 241 Lothrop Way, Sacramento, CA

2. Gloria Ethridge, CPS, 241 Lothrop Way, Sacramento, CA

3. Janet Fulp, CPS, 241 Lothrop Way, Sacramento, CA

4. Jerry Greenwell, CPS, 241 Lothrop Way, Sacramento, CA

5. Matt Gruver, CPS, 314 Lothrop Way, Sacramento, CA

6. Tresina Hudson, CPS, 241 Lothrop Way, Sacramento, CA

7. Aisha Simpson, CPS, 241 Lothrop Way, Sacramento, CA

Also the following non CPS persons:

1. Frank Bonserie, TSA Internal Affairs Dept.

2. Walter Cardillo, Jr., Plaintiff

3. Denise Cardillo, Plaintiff

4. Brian Piper, Sterling Protective Services, 740 Campbell Road, Richardson, TX  75801

The Defendants reserve the right to notice and depose four (4) persons already on Plaintiff's deposition list in the event that Plaintiff does not, in fact, depose them. They are William Zanow, John Davis, Otis Cox and Fili T. Gonzalez, all of CPS. The Defendants also reserve the right to amend and supplement this list.

        Respectfully submitted,
        Defendants,
        By their Attorney,

        _____/s/ Robert M. Bonin_____
        Robert M. Bonin (BBO#049100)
        Bonin & Marashian
        77 Franklin Street
        Boston, MA  02110
        (617) 723-2525

DATED:  September 19, 2005