UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CARDILLO & SONS, INC.,            )
                                  )
        Plaintiff                 )
                                  )
vs.                               )
                                  )   DOCKET NO.: 04-12496-JLT
MRH INTERNATIONAL, INC., OFFICIAL )
SECURITY, INC., DARRYL CRONFELD,  )
and MARGARET R. CRONFELD,         )
                                  )
        Defendants                )

## MOTION FOR ADMISSION PRO HAC VICE

Robert M. Bonin, counsel for Defendants in this case and a member in good standing before this Court, hereby moves pursuant to Local Rule 83.5.3(b) for the admission and appearance in this case of John R. Lusk, *Pro Hac Vice*. Mr. Lusk is a member in good standing of the bars of the State of Nevada, the 9th Circuit Court of Appeals, the United States Tax Court, and United States District Court for the District of Nevada. There are no disciplinary proceedings pending against him in any jurisdiction. An affidavit of John R. Lusk in support hereof is attached hereto.

Respectfully submitted,

BONIN & MARASHIAN

/s/ Robert M. Bonin
Robert M. Bonin, BBO #049100
77 Franklin Street, 4th Floor
Boston, MA 02110-1510
(617) 723-2525

Dated:   October 3, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CARDILLO & SONS, INC.,              )
                                    )
           Plaintiff                )
                                    )
vs.                                 )
                                    )   DOCKET NO.: 04-12496-JLT
MRH INTERNATIONAL, INC., OFFICIAL)
SECURITY, INC., DARRYL CRONFELD, )
and MARGARET R. CRONFELD            )
                                    )
           Defendants               )

### AFFIDAVIT OF JOHN R. LUSK IN
### SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

The undersigned, being duly sworn according to law, deposes and states the following:

1. I am John R. Lusk. By this Affidavit and the Motion to which it is attached, I seek admission *pro hac vice* to represent the Defendants in this lawsuit.

2. I am admitted and licensed to practice law by the State of Nevada, the 9th Circuit Court of Appeals, the United States Tax Court, and the United States District Court for the District of Nevada.

3. I am presently a member in good standing of the aforementioned bars, there are

///

///

///

///

///

no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                                                _____
                                                John R. Lusk, Esq.
                                                517 South Third Street
                                                Las Vegas, NV 89101
                                                (702) 382-3946 tel.
                                                (702) 382-0214 fax

SWORN TO AND SUBSCRIBED

before me this 28th day of

September, 2005.

_____
NOTARY PUBLIC for Clark County
In the State of Nevada

GENELLE I. PRESCOTT
Notary Public State of Nevada
No. 94-0450-1
My appt. exp. Dec. 16, 2006