UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDILLO & SONS, INC., <br>         Plaintiff, <br><br> vs. <br><br> MRH INTERNATIONAL, INC., OFFICIAL <br> SECURITY, INC., DARRYL CRONFELD, <br> and MARGARET R. CRONFELD, <br>         Defendants. | ) <br> ) <br> ) <br> )   **DOCKET NO.: 04-12496-JLT** <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned action hereby stipulate that all claims asserted, or which could have been asserted, in this action be dismissed with prejudice and without costs.

Plaintiff,
By its Attorney,

    /S/ John F. Tocci
John F. Tocci (BBO # 562139)
Tocci, Goss & Lee, P.C.
35 India Street, 5th Floor,
Boston, MA  02110
(617) 542-6200

DATED: February 3, 2006

Defendants,
By their Attorney,

    /S/ John Robert Lusk
John Robert Lusk, Esq. (Pro Hac Vice)
517 South 3rd Street
Las Vegas, NV  89101